PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jason Patrick Nyberg**

**Docket No. 0:00CR00073-1(RHK)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jason Patrick Nyberg** who was sentenced for Bank Robbery on June 23, 2000, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory urinalysis testing.
- Abstain from alcohol.
- Drug aftercare.
- Mental health aftercare.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #4: Defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Nyberg's urine specimens for January 12, 2005, and January 21, 2005, tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 17th day of Feb, 2005, and ordered filed and made a part of the records in the above case.

[signature] RHK

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Matthew T. Whiting
U.S. Probation Officer

Executed on February 14, 2005
Place Duluth

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission