Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jason Patrick Nyberg

Docket No. 0:00CR00073-01

## HEARING WAIVER

I, Jason Patrick Nyberg, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

***Insert the proposed new or modified Conditions of Supervision.***

Home Confinement electronic monitoring for a period of 60 days.

Signed:

Jason Patrick Nyberg
Supervised Releasee

Dated: February 11, 2005

Witness:

Matthew T. Whiting

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL