PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jason Patrick Nyberg**

**Docket No. 0:00CR00073-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jason Patrick Nyberg** who was sentenced for Bank Robbery on June 23, 2000, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory urinalysis testing
- Abstain from alcohol
- Drug aftercare
- Mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #4: Defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Nyberg's urine specimens for February 12 and February 25, 2005, tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of between 60 and 120 days in a community corrections center (Bethel Work Release, Duluth, MN) as approved by the probation officer and shall observe the rules of that facility. The defendant's February 17, 2005, court-ordered condition of 60 days home detention is rescinded.

ORDER OF THE COURT

Considered and ordered this 24th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

For Matthew T. Whiting
U.S. Probation Officer

Executed on March 24, 2005
Place Duluth

SCANNED
MAR 2 5 2005
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission