Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Jason Patrick Nyberg

Docket No. 0:00CR00073-01(RHK)

**HEARING WAIVER**

I, Jason Patrick Nyberg, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of between 60 and 120 days in a community corrections center (Bethel Work Release, Duluth, MN) as approved by the probation officer and shall observe the rules of that facility.

Signed:

Jason Patrick Nyberg
Supervised Releasee

Dated: 3-23-05

Witness:

Matthew T. Whiting
U.S. Probation Officer

SCANNED
MAR 2 5 2005
U.S. DISTRICT COURT ST. PAUL