UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-73(RHK/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **MOTION OF UNITED STATES FOR DETENTION** |
| v. | ) | |
| JASON PATRICK NYBERG, Defendant. | ) | |

The United States of America, by its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Nathan P. Petterson, Assistant United States Attorney, moves for the revocation of pretrial release and the detention of the defendant without bail pending plea or trial on the following grounds:

1. Under Title 18, United States Code, Section 3147(b)(1), sufficient evidence exists to believe that defendant has violated his conditions of release;

2. Under Title 18, United States Code, Section 3147(b)(2), there is no condition or combination of conditions of release which will reasonably assure the safety of the community and the appearance of the defendant as required, and defendant is unlikely to abide by conditions set by the Court.

Dated: January 18, 2006

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID Number 151506