**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Crim. 00-73(RHK/RLE) |
| | ) | Date: January 19, 2006 |
| Jason Patrick Nyberg, | ) | Court Reporter: |
| | ) | Tape Number: 06-06 |
| Defendant. | ) | Time Commenced: 10:25 a.m. |
| | | Time Concluded: 10:35 a.m. |
| | | Time in Court: 0 Hours & 10 Minutes |

## APPEARANCES:

Plaintiff: Clifford Wardlaw, Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☒ To be appointed

Date Charges Filed: January 13, 2006 Offense: Violation of Supervised Release

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☒ Petition of Supervised Release Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is Monday, January 23, 2006 at 11:30 a.m. before U.S. Magistrate Judge Raymond L. Erickson for:
☒ detention hrg ☒ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Court finds defendant eligible for court-appointed counsel. Defendant will be held in the Douglas County Jail, Superior, Wisconsin.

s/Victoria L. Miller
Signature of Judicial Assistant