**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jason Patrick Nyberg,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Raymond L. Erickson<br>Chief U.S. Magistrate Judge<br><br>Case No: Crim. 00-73(RHK/RLE)<br>Date: January 19, 2006<br>Court Reporter:<br>Tape Number: 06-06<br>Time Commenced: 12:00 p.m.<br>Time Concluded: 12:05 p.m.<br>Time in Court: 0 Hours & 05 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES:

Plaintiff: Clifford Wardlaw, Assistant U.S. Attorney
Defendant: *Andrea George ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

On ☒ Petition of Supervised Release Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Detention hearing waived
☒ Preliminary hearing waived

Additional Information: *Ms. George was here on another matter and found out that Mr. Nyberg made an Initial Appearance earlier in the day. Ms. George asked if the Court could proceed to the Detention/Preliminary Hearing now rather than have everyone make another trip to Duluth. The Court agreed. Defendant waived his right to a preliminary hearing and detention hearing. Defendant will remain in the custody of the U.S. Marshal.

s/Victoria L. Miller
Signature of Judicial Assistant