UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Jason Patrick Nyberg,

Defendant. Crim. No. 00-73 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the conduct of a Preliminary Hearing, see, Rule 32.1(b)(1), Federal Rules of Criminal Procedure, and a Detention Hearing, on the Government's Motion for Pretrial Detention Without Bail Pending Trial. See, Rule 32.1(a)(6), Federal Rules of Criminal Procedure. A Hearing was conducted on January 19, 2006, at which, the Defendant appeared personally, and by Andrea K. George, Assistant Federal Defender, and the Government appeared by Clifford B. Wardlaw, Assistant United States Attorney. At the commencement of the Hearing, the Defendant advised that he wanted to waive the conduct of both the Preliminary and Detention Hearing

and, upon inquiry by the Court, we found the waiver to be knowing, voluntary, and intelligent.

Accordingly, we find probable cause for the offense charged in the Petition of Supervised Release, and refer the Defendant to the District Court, the Honorable Richard H. Kyle presiding, for the conduct of a Revocation Hearing, and we commit the Defendant to the custody of the United States Marshal until further Order of the Court.

NOW, THEREFORE, It is --

ORDERED:

1. That, finding probable cause to believe that the Defendant committed the offense charged in the Petition on Supervised Release, we refer him to the District Court for the conduct of a Revocation Hearing.

2. That the Government's Motion for Detention Without Bail Pending Trial [Docket No. 21] is GRANTED.

3. That the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

4. That the Defendant be afforded a reasonable opportunity for private consultation with defense counsel.

5. That, on the Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

BY THE COURT:

Dated: January 19, 2006

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE