# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JASON PATRICK NYBERG,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-73 RHK/RLE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that ANDREA K. GEORGE shall appear as appointed counsel of record for the above named defendant in this case.

Dated: January 20, 2006

*s/Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Federal Public Defender’s Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415