UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-73(RHK/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| JASON PATRICK NYBERG, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>
00-73(RHK/RLE)

<u>Defendant Name</u>
Jason Patrick Nyberg

<u>Remove AUSA</u>
Nathan P. Petterson

Dated: January 23, 2006

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID No. 151506