A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2006 JAN 13 P 4: 13

UNITED STATES OF AMERICA

V.

Jason Patrick Nyberg

**WARRANT FOR ARREST**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

CASE NUMBER: **CR 00-73(1) RHK**

0641-0115-0353-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Jason Patrick Nyberg

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk

January 13, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 01/18/06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
DUSM Levorson

SCANNED
JAN 27 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04