UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Jason Nyberg,

Defendant

.

Criminal No. 00-73 (RHK/RLE)

**ORDER**

---

David J. MacLaughlin, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

The United States Probation Office has filed a petition seeking the revocation of Mr. Nyberg's supervised release term. The parties, including Assistant United States Attorney, David J. MacLaughlin, Assistant Federal Defender, Andrea K. George, and United States Probation Officer, Matthew Whiting, have agreed to a final resolution of this case to include Mr. Nyberg being transported by the United States Marshal Service to the Salvation Army Adult Rehabilitation Program (Phase 5) located at 900 North Fourth Street, Minneapolis, Minnesota 55401 for the completion of the Adult Rehabilitation (Phase 5) Program for a period of up to six months, with the term of supervised release to expire upon, and only upon, successful completion of the program as certified by the Salvation Army Adult Rehabilitation Program.

**IT IS SO ORDERED.**

Dated: 3/10/06

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge