**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
Jason Patrick Nyberg, )
)
Defendant. )

**COURT MINUTES - CRIMINAL**
BEFORE: Raymond L. Erickson
Chief U.S. Magistrate Judge

Case No: Crim. 00-73(RHK/RLE) and
Crim. 03-287(JRT/RLE)
Date: April 12, 2006
Court Reporter:
Tape Number: 06-16
Time Commenced: 10:30 a.m.
Time Concluded: 10:50 a.m.
Time in Court: 0 Hours & 20 Minutes

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det:

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES: Plaintiff: David J. MacLaughlin, Assistant U.S. Attorney
Defendant: Andrea K. George ☒ FPD/CJA

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Defendant waives his preliminary hrg. Ms. George addresses the Court regarding detention; Defendant Exhibit 1 admitted; Government addresses the Court regarding detention; Government Exhibit 1 admitted. Court will take the matter under advisement and issue a written Order. Adjourned.

s/Victoria L. Miller
Signature of Judicial Assistant