AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
APR 12 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 APR -3 A 10:00

UNITED STATES OF AMERICA

RECEIVED U.S. MARSHAL

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 00-73(1) RHK**

Jason Patrick Nyberg

0641-0331-0682-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Jason Patrick Nyberg

and bring him forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

[signature] March 31, 2006 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ________________________

SCANNED

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

APR 13 2006
U.S. DISTRICT COURT MPLS

ARRESTED ON 4-5-06
ARRESTED BY Superior PD - WI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]