**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

JASON PATRICK NYBERG,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

Case No: 03-287 (JRT) and 00-73 (RHK)
Date: May 1, 2006
Court Reporter: Kristine Mousseau
Time Commenced: 4:10 p.m.
Time Concluded: 4:30 p.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: David MacLaughlin, Assistant U.S. Attorney
Defendant: Andrea K. George, Assistant Federal Public Defender

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant is sentenced to: Bureau of Prisons facility for up to10 months with no supervision to follow.
: Defendant remanded to custody of the U.S. Marshal.
: Written order to be issued.

s/Sarah E. Bagwell
Calendar Clerk