AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**JASON PATRICK NYBERG**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-73(1)(RHK)**
USM Number: **09307-041**
Social Security Number: **5664**
Date of Birth: **1976**

**Andrea K. George**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Special Condition #4 | The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and impatient or outpatient treatment, counseling, or a support group. | March 26, 2006 |

**The defendant is sentenced as provided in pages 2 through 3 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**May 1, 2006**
Date of Imposition of Judgment

s/ John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

May 26, 2006
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: JASON PATRICK NYBERG
CASE NUMBER: 00-73(1)(RHK)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 months with no supervision to follow**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant's final 60 days of confinement be served at the Bethel Work Release Center located in Duluth, Minnesota so that the defendant can seek employment and reintegrate himself in his community.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] **before on** .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________

at ______________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: JASON PATRICK NYBERG
CASE NUMBER: 00-73(1)(RHK)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **no supervision to follow term of imprisonment**.